UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
AT CINCINNATI

| | | |
|---|---|---|
| **CORY BAUMANN,** | * | Case No. 1:12-cv-00116 |
| *Plaintiff,* | * | Judge S. Arthur Spiegel |
| v. | * | Magistrate Judge Karen L. Litkovitz |
| **CORNERSTONE SERVICES, INC.,** | * | |
| *a Delaware corporation,* | | **ORDER** |
| | * | |
| *Defendant* | | |
| | * | |

Plaintiff requested the Court to vacate (Doc. 8) the portion of its May 9, 2012 order (Doc. 2) that directed the United States Marshal to serve process formally in this matter. The Court **GRANTS** plaintiff's motion for the reasons set forth therein, and it is hereby

**ORDERED** that the portion of the May 9, 2012 order (Doc. 2) directing the United States Marshal to serve process in this matter is **VACATED**.

**IT IS SO ORDERED.**

6/18/12
Date

UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE